FILED
SEP 08 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:26CR00120SNLJ-ACL |
| vs. | ) | |
| | ) | |
| CHRISTOPHER D. PALMER, | ) | Title 18 U.S.C. §2250 |
| | ) | |
| Defendant. | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES THAT:**

Beginning at a time unknown to the Grand Jury but including on or about June 1, 2026, in Stoddard County, within the Southeastern Division of the Eastern District of Missouri, and elsewhere,

**CHRISTOPHER D. PALMER,**

the defendant herein, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and did knowingly fail to register as required by the Act, in violation of Title 18, United States Code, Section 2250.

A TRUE BILL.

________________________________
FOREPERSON

THOMAS C. ALBUS
UNITED STATES ATTORNEY

________________________________
PAUL W. HAHN, #33190MO
ASSISTANT UNITED STATES ATTORNEY